IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KEITH ARTHUR CHAMBERS,

    Plaintiff,                      CV F 03 5266 AWI WMW P

vs.                                ORDER RE: FINDINGS &
                                          RECOMMENDATIONS (#52)

M. EVANS, et al.,

    Defendants.

       Plaintiff is a former state prisoner proceeding pro se in this civil rights action. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

       On April 12, 2005, findings and recommendations were entered, recommending that defendants' motion to dismiss be denied. The parties were provided an opportunity to file objections within thirty days. No objections to the findings and recommendations have been filed.

       In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(B) and Local Rule 73-305, this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly, THE COURT HEREBY ORDERS that:

1. The Findings and Recommendations issued by the Magistrate Judge on April 12, 2005, are adopted in full; and

2. Defendants' motion to dismiss is denied.  This action is remanded to the Magistrate Judge for further proceedings.


IT IS SO ORDERED.

**Dated:     August 12, 2005**                          **/s/ Anthony W. Ishii**
0m8i78                                                      UNITED STATES DISTRICT JUDGE