IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KEITH ARTHUR CHAMBERS,

    Plaintiff,      CV F 03 5266 AWI  WMW  P

  vs.      ORDER RE MOTION (DOC 59)

C/O EVANS, et al.,

    Defendants.

    Plaintiff is a state prisoner proceeding pro se.  Plaintiff seeks relief pursuant to 42 U.S.C. § 1983.

    On May 22, 2006, defendants filed a motion to compel the appearance of Plaintiff at a deposition.  The motion is supported by the declaration of counsel for defendants.  Defendants also seek an order directing Plaintiff to pay Defendants' attorney's fees and costs associated with thiw deposition and Defendants' motion to compel his participation.   Plaintiff has not opposed the motion.  The court finds the motion to compel to be supported by the declaration of counsel for Defendant.  The motion to compel is therefore granted.  Plaintiff is directed to attend his deposition when it is re-noticed.  Plaintiff's failure to do so will result in a recommendation that this action be dismissed with prejudice.

    Plaintiff will be granted an opportunity to respond to the request for the imposition of

1

1  monetary sanctions.   Plaintiff is granted a thirty day extension of time from the date of service
2  of this order in which to file a response to the request for imposition of monetary sanctions.
3  Should Plaintiff fail to respond, a recommendation will be entered, recommending the
4  imposition of monetary sanctions in the amount requested by defense counsel.
5       Accordingly, IT IS HEREBY ORDERED that Plaintiff is directed to attend his
6  deposition when it is re-noticed.  Plaintiff's failure to do so will result in a recommendation that
7  this action be dismissed with prejudice.   IT IS FURTHER ORDERED that Plaintiff is granted
8  an extension of time of thirty days from the date of service of this order in which to respond to
9  the request for the imposition of monetary sanctions.

13  IT IS SO ORDERED.

14  **Dated:   June 21, 2006**            **/s/  William M. Wunderlich**
    mmkd34                    UNITED STATES MAGISTRATE JUDGE