IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KEITH ARTHUR CHAMBERS,

    Plaintiff,                         CV F 03 5266 AWI WMW   P

  vs.                              ORDER RE MOTION (DOC 56 )

M. EVANS, et al.,

    Defendants.

       On March 3, 2006, Plaintiff filed a motion titled as a motion for discovery. Plaintiff's motion consists of a two page generalized description of discovery Plaintiff seeks. Plaintiff fails to direct the court to specific discovery propounded by him and objected to by Defendants. Subsequently, Defendants filed a motion to compel Plaintiff's appearance at a deposition. The court granted the motion. The order granting the motion was returned to the court as undeliverable. Concurrent with this order, a recommendation of dismissal is entered, recommending dismissal for Plaintiff's failure to prosecute.

       Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion for discovery is denied.

IT IS SO ORDERED.

1

1 | **Dated:**   **December 18, 2006**          /s/  **William M. Wunderlich**
  |                                              UNITED STATES MAGISTRATE JUDGE
  | mmkd34